```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 19-01429-HWV
Harvey S Hess                                                   Chapter 13
Julia Ann Stein
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: DGeorge              Page 1 of 1             Date Rcvd: May 01, 2019
                             Form ID: ntnew341          Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb         Harvey S Hess,    Julia Ann Stein,    2130 Elizabeth Court,    Wrightsville, PA 17368
5182495        American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
5182496       +American Web Loan,    2128 N 14th St Suite 1, #130,    Ponca City, OK 74601-1831
5182497      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5189182       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5182498        Barclay Card,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
5182500        Citi Bank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
5182502        M&T Bank,    PO Box 188,    Buffalo, NY 14240-0188
5182503       +McClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
5182504       +Phillips & Cohen Associates, Ltd,    1002 Justison Street,    Wilmington, DE 19801-5148
5182505        Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
5190364       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
5182507       +Susquehanna Valley EMS,    126 Keller Ave.,    Lancaster, PA 17601-4034
5192398       +Wellspan Health,    1001 S George St,    York, PA 17403-3676
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 20:09:35
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5182499        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 19:47:30      Capital One,
               P.O. Box 30285,    Salt Lake City, UT 84130-0285
5188145        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 19:46:55
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
5182501        E-mail/Text: mrdiscen@discover.com May 01 2019 19:47:55      Discover,    PO Box 30943,
               Salt Lake City, UT 84130
5185051        E-mail/Text: mrdiscen@discover.com May 01 2019 19:47:55      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5182506        E-mail/Text: bankruptcymortgage@suntrust.com May 01 2019 19:48:06      SunTrust Bank,
               PO Box 305053,    Nashville, TN 37230-5053
5182689       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:28      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5182508        E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:10      Synchrony Bank/Lowes,
               Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Michael R Caum   on behalf of Debtor 1 Harvey S Hess mikecaumesq@comcast.net
              Michael R Caum   on behalf of Debtor 2 Julia Ann Stein mikecaumesq@comcast.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Harvey S Hess,

    **Debtor 1**

Julia Ann Stein,

    **Debtor 2**

Chapter 13

Case No. 1:19–bk–01429–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Location | Date/Time |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: May 23, 2019<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DGeorge, Deputy Clerk

Date: May 1, 2019

ntnew341 (04/18)