```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                    Case No. 19-01429-HWV
Harvey S Hess                                             Chapter 13
Julia Ann Stein
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1       User: LyndseyPr          Page 1 of 2        Date Rcvd: Jun 18, 2019
                           Form ID: ntcnfhrg        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         Harvey S Hess,    Julia Ann Stein,    2130 Elizabeth Court,    Wrightsville, PA 17368
5182495        American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
5193959        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
5182496       +American Web Loan,    2128 N 14th St Suite 1, #130,    Ponca City, OK 74601-1831
5182497      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5189182       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5182498        Barclay Card,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
5182500        Citi Bank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
5204394       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
5182502        M&T Bank,    PO Box 188,    Buffalo, NY 14240-0188
5182503       +McClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
5182504       +Phillips & Cohen Associates, Ltd,    1002 Justison Street,    Wilmington, DE 19801-5148
5182505        Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
5190364       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
5182507       +Susquehanna Valley EMS,    126 Keller Ave.,    Lancaster, PA 17601-4034
5192398       +Wellspan Health,    1001 S George St,    York, PA 17403-3676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 19:55:33
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5182499        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 19:56:05      Capital One,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
5188145        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 19:56:40
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
5182501        E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41       Discover,    PO Box 30943,
                Salt Lake City, UT 84130
5185051        E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41       Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5208875        E-mail/Text: camanagement@mtb.com Jun 18 2019 19:44:56       M&T BANK,    PO BOX 840,
                Buffalo, NY 14240-0840
5211315        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 20:07:24
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5182506        E-mail/Text: bankruptcymortgage@suntrust.com Jun 18 2019 19:44:57       SunTrust Bank,
                PO Box 305053,    Nashville, TN 37230-5053
5182689       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:02      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5182508        E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:30      Synchrony Bank/Lowes,
                Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

```
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Michael R Caum    on behalf of Debtor 1 Harvey S Hess mikecaumesq@comcast.net
        Michael R Caum    on behalf of Debtor 2 Julia Ann Stein mikecaumesq@comcast.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Harvey S Hess,

    **Debtor 1**

Julia Ann Stein,

    **Debtor 2**

Chapter 13

Case No. 1:19–bk–01429–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 24, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 18, 2019 |

ntcnfhrg (03/18)