United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Harvey S Hess<br>Julia Ann Stein<br>    Debtors | Case No. 19-01429-HWV<br>Chapter 13 |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Harvey S Hess, Julia Ann Stein, 2130 Elizabeth Court, Wrightsville, PA 17368 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 01, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Michael R Caum | on behalf of Debtor 1 Harvey S Hess mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 2 Julia Ann Stein mikecaumesq@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Harvey S. Hess
      Julia Ann Stein
          Debtors

Case No: 19-01429-HWV

Chapter 13

## ORDER APPROVING DEBTOR'S REQUEST TO INCUR NEW SECURED DEBT FOR THE REFINANCE OF DEBTOR'S PRINCIPAL RESIDENCE

Upon consideration of Debtors' Motion for Authority to Incur New Secured Debt for the Refinance of Real Property (the "Motion"), and after notice and an opportunity for a hearing, and there being no objection or response to the Motion; it is hereby

ORDERED, that the Debtors are hereby authorized to conduct the refinancing of the real estate described as 2130 Elizabeth Court, Wrightsville, York County, Pennsylvania 17367, at the respective loan amount set forth herein; and it is further

ORDERED, that the Debtors are authorized to refinance the property described above upon such terms and conditions as set forth in the Motion filed.

Dated: November 29, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)