United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Harvey S Hess  
Julia Ann Stein  
    Debtors

Case No. 19-01429-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 10, 2023      Form ID: fnldecnd      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Harvey S Hess, Julia Ann Stein, 2130 Elizabeth Court, Wrightsville, PA 17368 |
| 5182496 | + | American Web Loan, 2128 N 14th St Suite 1, #130, Ponca City, OK 74601-1831 |
| 5182502 | | M&T Bank, PO Box 188, Buffalo, NY 14240-0188 |
| 5182503 | #+ | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 5182507 | #+ | Susquehanna Valley EMS, 126 Keller Ave., Lancaster, PA 17601-4034 |
| 5192398 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 10 2023 18:49:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5182495 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2023 18:48:50 | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 5193959 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2023 18:49:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5182497 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 10 2023 18:39:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5189182 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 10 2023 18:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5182498 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 10 2023 18:39:00 | Barclay Card, Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 5182499 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2023 18:48:49 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5188145 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2023 18:49:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5182500 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 18:48:50 | Citi Bank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 5182501 | | Email/Text: mrdiscen@discover.com | Jan 10 2023 18:39:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 5185051 | | Email/Text: mrdiscen@discover.com | Jan 10 2023 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5257615 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2023 18:39:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 600 ARCH STREET, RM 5200, Philadelphia Pa 19106 |
| 5208875 | | Email/Text: camanagement@mtb.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 10 2023 18:39:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 5204394 | + | Email/Text: camanagement@mtb.com | Jan 10 2023 18:39:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5211315 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2023 18:48:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5182504 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 10 2023 18:39:00 | Phillips & Cohen Associates, Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5182505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 18:49:02 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5190364 | + | Email/Text: bankruptcy@bbandt.com | Jan 10 2023 18:39:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5182506 | | Email/Text: bankruptcymortgage@suntrust.com | Jan 10 2023 18:39:00 | SunTrust Bank, PO Box 305053, Nashville, TN 37230-5053 |
| 5182689 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 18:49:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5182508 | | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 18:48:50 | Synchrony Bank/Lowes, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Michael R Caum | on behalf of Debtor 1 Harvey S Hess mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 2 Julia Ann Stein mikecaumesq@comcast.net |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Harvey S Hess,<br>**Debtor 1**<br>Julia Ann Stein,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19−bk−01429−HWV |

Social Security No.:
    xxx−xx−7680    xxx−xx−0058

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Harvey S Hess and Julia Ann Stein** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2023

**fnldec** (01/22)